IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LeROY CARHART, et al., | ) | 4:03cv3385 |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| JOHN ASHCROFT, | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiffs shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

**Trial held March 29, 2004, through April 9, 2004**.

**Plaintiff's Exhibits:** 3-11, 13-22, 24-26, 28, 30, 32, 34, 36, 38-42, 44, 45, 50-52, 58, 59, 64, 69, 70, 73, 74, 83, 92, 97, 98, 102, 110, 111, 114, 115 (Part 1 of 2), 116-118, 119, 119a, 120, 120a, 121, 121a, 122, 122a, 123, 123a, 123b, 124, 124a, 124b, 125, 125a, 126, 126a, 126b (Part 1 of 2) 126c, 127.

**Sealed Exhibits:** 27, 91, 115, (part 2 of 2) 126b (Part 2 of 2).

**Plaintiffs' Exhibits Not Received:** 2, 12, 23, 27, 33, 35, 37, 43-44, 46-49, 53-57, 60-63, 65, 67-68, 71-72, 75, 76-78, 84, 109

If counsel fail to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 22nd day of June, 2007.

s/ *Richard G. Kopf*
United States District Judge